GERALDINE N. BUTLER, as Substituted Trustee of the Estate of AMES W. HOWLETT, Late of the City of Syracuse, New York, Deceased, Respondent, v. EUGENE G. FOSTER and Others, Appellants, and THE FIRST TRUST AND DEPOSIT COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. Memorandum. On account of the form of the motion we are not passing upon the various counts of the complaint separately, but are treating the complaint as a whole. We think that sufficient is shown to constitute a cause of action when the complaint is liberally construed in favor of the pleader and that it is an action against a trustee or agent acting in a fiduciary capacity and that persons against whom the defendants' wrong was done are not shown to have had actual knowledge of the facts upon which their right depends until after the death of the executor Costello and that the Statute of Limitations is not, therefore, a defense as matter of law. This ruling does not prevent the defendants from pleading the Statute of Limitations. All concur. (The order denies motion to dismiss complaint in an action to recover funds held in trust lost in purchase of stocks.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [156 Misc. 250.]

ANTONIO BIANMONTE, Respondent-Appellant, v. GENERAL RAILWAY SIGNAL COMPANY, Appellant-Respondent.— Order modified and as modified affirmed, without costs. All concur. (The order grants in part a motion for physical and oral examination of plaintiff before trial in an action for damages sustained by contracting a disease of the lungs.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JUSTINA BRAUNGART, as Administratrix, etc., of EDWIN BRAUNGART, Appellant, v. BROTHERHOOD OF RAILROAD TRAINMEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants summary judgment for defendant in an action to recover death benefit under a life insurance certificate.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

REGINA ZOLTE, Respondent, v. NATIONAL TRANSPORTATION COMPANY, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur. (The order denies a motion to change the place of trial in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [156 Misc. 222.]

HARRY ZOLTE, Respondent, v. NATIONAL TRANSPORTATION COMPANY, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [156 Misc. 222.]

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. SANFORD REAL ESTATE CORPORATION and CHARLES D. BROWN, Appellants, Interpleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.